**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
CHRISTINA SANFELIZ,

                       Plaintiff,                      22 **CIVIL** 8914 (CS)

         -against-                         **JUDGMENT**

  LT. CHRISTOPHER WILLIAMS, et al.,

                      Defendants.
--------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 12, 2026, Defendants' motion for summary judgment is GRANTED. Judgment is entered for the defendants and the case is closed.

**Dated:** New York, New York

      January 13, 2026

                              **TAMMI M. HELLWIG**

                                     **Clerk of Court**

             **BY:**

                                   **Deputy Clerk**